# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY BROWN

NO. 2024 KW 1076

**JANUARY 29, 2025**

---

In Re:    Randy Brown, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2020-206243.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED AS MOOT.** The records of the St. Mary Parish Clerk of Court's Office reflect that the district court acted on relator's motion for production of documents on August 5, 2024.

                                    **EW**
                                    **SMM**
                                    **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT